UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MAGALLON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN CATES, Warden,<br><br>　　　　　Respondent. | Case No. 5:22-cv-00934-FWS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing the action without prejudice for failure to exhaust state remedies.

DATED: December 5, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE FRED W. SLAUGHTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE