JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ANGEL MAGALLON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN CATES, Warden,<br><br>Respondent. | Case No. 5:22-cv-00934-FWS (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of MIGUEL ANGEL MAGALLON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for failure to exhaust state remedies.

DATED: December 5, 2022

_____

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE